UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SYZAK,

    Plaintiff,

v.

    Civil Action No. 2:15-cv-14263
    Honorable Avern Cohn
    United States District Court

PRISON HEALTH CARE SERVICES,
KEVIN CORNINGS, and
BELLEMY CREEK WARDEN,

    Defendants,
_____/

## ORDER DIRECTING PLAINTIFF TO PROVIDE THE COURT WITH INFORMATION NEEDED TO EFFECTUATE SERVICE REGARDING DEFENDENT PRISON HEALTH CARE SERVICES WITHIN THIRTY DAYS OF THE ORDER

The Court has before it Plaintiff Scott Syzak's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. Tthe Court orders that Plaintiff provide this Court with sufficient information within thirty days of this order to effectuate service upon Defendant Prison Health Care Services.

An inmate bringing a civil rights complaint must specifically identify each defendant against whom relief is sought, and must give each defendant notice of the action by serving upon him or her a summons and copy of the complaint. *Feliciano v. DuBois,* 846 F. Supp. 1033, 1048 (D. Mass. 1994). Where a plaintiff is proceeding *in forma pauperis,* as is the case here, the district court must bear the responsibility for issuing the plaintiff's process to a United States Marshal's Office, who must effect

service upon the defendants once the plaintiff has properly identified the defendants in the complaint. *Williams v. McLemore,* 10 Fed. Appx. 241, 243 (6th Cir. 2001); *Byrd v. Stone,* 94 F. 3d 217, 219 (6th Cir. 1996); Fed. R. Civ. P. 4(c)(2); 28 U.S.C. § 1915(d). It is the inmate's responsibility to provide the proper addresses of the defendants for service on these defendants. *See Lee v. Armontrout,* 991 F. 2d 487, 489 (8th Cir. 1993).

Accordingly, **IT IS HEREBY ORDERED** that plaintiff shall provide the address of Defendant Prison Health Care Services within thirty (30) days of the date of this order or the complaint will be dismissed without prejudice against this defendant.

s/R. Steven Whalen  
Hon. R. Steven Whalen  
United States Magistrate Judge

**Dated: 12/10/2015**

Processed by Lg on 12/10/15